**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CR-161-JTM-JEM |
| | ) | |
| JOHN BUNCICH, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

TO:    THE HONORABLE JAMES T. MOODY,
       UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

This matter is before the Court on a Motion for Turnover of Funds [DE 208], filed by the

Government on March 16, 2018. On October 15, 2018, Judge James T. Moody issued an Order

referring this case to the undersigned Magistrate Judge to conduct any proceedings necessary, and

to submit a report and recommendation on the disposition of the motion pursuant to 28 U.S.C. §

636(b)(1)(B). This Report constitutes the undersigned Magistrate Judge's combined proposed

findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). For the following reasons, the

Court recommends that the District Court grant the motion.

On January 16, 2018, Defendant John Buncich was sentenced to term of imprisonment and

was ordered to pay a $600 special assessment, $800 in restitution to Lake County, Indiana, and a

$250,000 fine. In the instant Motion, the Government indicates that $1,600 was seized from Buncich

during the investigation of the underlying crimes. The motion seeks an order directing the Federal

Bureau of Investigation to turn over the seized funds to the Clerk of the Court, to be applied to the

outstanding obligations in this case. The Court ordered any response to the motion to be filed by

March 30, 2018. No response was filed.

Accordingly, the Court **RECOMMENDS** that the District Court **GRANT** the Motion for Turnover of Funds [DE 208], and order that the funds be turned over to the Clerk of Court to be applied to the Defendant's obligations in this case. Objections to the Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

SO ORDERED this 8th day of November, 2018.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record
       District Judge James Moody

2