UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:16 CR 161 |
| | ) | |
| JOHN BUNCICH | ) | |

# O R D E R

On October 15, 2018, this court referred the Government's motion for turnover of funds (DE # 208) to Magistrate Judge John E. Martin. (DE # 236.) On November 8, 2018, Magistrate Judge Martin issued an order recommending that this court grant the Government's motion. (DE # 237.) In his report, Magistrate Judge Martin informed the parties that any objections to the report and recommended finding must be made within 14 days. (*Id.*) That time has passed, and no objections have been filed. Therefore, the court **ACCEPTS** and **ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 237) and **GRANTS** the Government's motion for turnover of funds (DE # 208).

**SO ORDERED.**

Date: January 7, 2019

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT